Commonwealth *v.* Wilson, Appellant.

Submitted December 6, 1971. *James M. Reinert*, Assistant Public Defender, for appellant; *Mary C. Cooper*, Assistant District Attorney, *Charles D. Lemmond, Jr.*, First Assistant District Attorney, and *Blythe H. Evans, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth ex rel. Becker *v.* Becker, Appellant.

Argued December 8, 1971. *Thomas E. Waters, Jr.*, with him *J. Scott Maxwell*, and *Waters, Fleer, Cooper & Gallager*, for appellant; *Martin J. Cunningham, Jr.*, with him *William L. O'Hey, Jr.*, and *Henderson, Wetherill, O'Hey & Horsey*, for appellee.

Order affirmed.

Commonwealth ex rel. Frankel *v.* Frankel, Appellant.

Argued December 10, 1971. *Vincent A. Cirillo*, for appellant; *Neil H. Stein*, with him *I. Raymond Kremer*, and *Kremer, Krimsky & Luterman*, for appellee.

Order affirmed.